435 A.2d 1316

Commonwealth v. Guest, Appellant.

Petition for Allowance of Appeal Denied Jan. 29, 1982.

Submitted April 20, 1981. Douglas M. Johnson, Assistant Public Defender, for appellant;  Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Order affirmed.